1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL H. GATES,

          Plaintiff,

     v.

H. STRAUSS,

         Defendant.

Case No. 22-cv-08382-JD

**ORDER RE DISMISSAL**

     Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983.  In the initial review order, the Court dismissed the complaint with leave to amend after discussing the deficiencies in the case.  The time to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court.  This case is dismissed for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

     **IT IS SO ORDERED.**

Dated: May 30, 2023

_____
JAMES DONATO
United States District Judge